**Order entered May 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00129-CR**
**No. 05-21-00130-CR**

**VICTORIA IFEANYI ANWUZIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR16-0886 & CR16-0887**

## ORDER

We **REINSTATE** these appeals. We abated for the appointment of counsel. On April 26, 2021, the trial court held a hearing. After being admonished by the trial court, appellant stated in open court that she intended to represent herself on appeal and acknowledged that she was entitled to but was waiving court appointed counsel for her appeals. On May 3, 2021, a reporter's record of the April 26, 2021 hearing was filed along with supplemental clerk's records with appellant's signed waivers of counsel.

We **DIRECT** the Clerk to list appellant as proceeding pro se. All future correspondence shall be sent to appellant at the address on file with the Court.

We **GRANT** appellant's pro se motion to extend time to file the docketing statement to the extent the docketing statement is due by June 5, 2021. The reporter's record is **DUE** on June 5, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Williams, Presiding Judge, County Court at Law No. 1; to Deborah Hamon, official court reporter, County Court at Law No. 1; to Victoria Anwuzia, P.O. Box 701656, Dallas, TX 75370; and to the Rockwall County District Attorney's Office, Appellate Division.

/s/    LANA MYERS
JUSTICE